UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **DARTAVIUS BARNES,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CITY OF SPRINGFIELD,** a municipal )<br>corporation, **COLTON REDDING,** )<br>**BRIAN RIEBLING, ADAM** )<br>**WESTLAKE, JUAN RESENDEZ,** )<br>**NICHOLAS RENFRO, and REGAN** )<br>**MOLOHON,** )<br>)<br>**Defendants.** ) | No. 20-cv-3265 |

## DEFENDANTS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COME Defendants, City of Springfield, Colton Redding, Brian Riebling, Adam Westlake, Juan Resendez, Nicholas Renfro, and Regan Molohon, by and through their attorneys, Steven C. Rahn and Emily A. Fancher, Assistant Corporation Counsels for the City of Springfield, and for their Answer to the Complaint and Affirmative Defenses, state as follows:

1. In the course of discovery to date, the parties have learned of the need for additional discovery depositions not originally contemplated. The parties have also learned that expert testimony may be needed in this case.

2. The parties desire additional time to complete additional discovery in this matter.

3. Defendants' counsel has consulted with Plaintiff's counsel regarding this motion and Plaintiff's counsel stated he has no objection to this motion.

WHEREFORE, Defendants move this Court to modify the discovery schedule in this case as follows:

A. Fact discovery shall be completed by May 31, 2022.

B. Parties shall disclose their expert reports by July 15, 2022.

C. Depositions of such experts shall be completed by August 31, 2022.

D. Rebuttal experts shall be disclosed by September 30, 2022.

E. Depositions of rebuttal experts shall be completed by October 31, 2022.

F. Dispositive motions shall be filed on or before November 30, 2022.

**RESPECTFULLY SUBMITTED,**
**s/ Steven C. Rahn**
Bar Number 6188985
Attorney for the City of Springfield, Illinois
Sr. Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone: (217) 789-2393
Fax: (217) 789-2397
Email: steven.rahn@springfield.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **DARTAVIUS BARNES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 20-cv-3265 |
| **CITY OF SPRINGFIELD,** a municipal corporation, **COLTON REDDING, BRIAN RIEBLING, ADAM WESTLAKE, JUAN RESENDEZ, NICHOLAS RENFRO, and REGAN MOLOHON,** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James C. Pullos
Clifford Law Offices, P.C.
120 N. LaSalle, Ste. 3100
Chicago IL 60602
jcp@cliffordlaw.com

**RESPECTFULLY SUBMITTED,**
**s/ Steven C. Rahn**
Bar Number 6188985
Attorney for the City of Springfield, Illinois
Sr. Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone: (217) 789-2393
Fax: (217) 789-2397
Email: steven.rahn@springfield.il.us