E-FILED
Friday, 20 January, 2023  10:32:37 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT D

# VIDEO OF APRIL 6, 2020 SUBMITTED TO COURT UNDER SEPARATE COVER