Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



| | |
|---|---|
| Dartavius Barnes,<br><br>    Plaintiff,<br><br>    vs.<br><br>City of Springfield, Illinois, Colton Redding, Brian Riebling, Adam Westlake, Juan Resendez, Nicholas Renfro, and Regan Molohon<br><br>    Defendants. | Case Number: 20-cv-3265 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Counts I, II, and III are dismissed with prejudice. Counts IV, V, VI, and VII are dismissed without prejudice.

**Dated: 3/28/2024**

                                                              s/ Shig Yasunaga
                                                               Shig Yasunaga
                                                               Clerk, U.S. District Court